**MAYALL, HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091


Attorneys for Defendants,
CITY OF STOCKTON, STOCKTON
POLICE DEPARTMENT, POLICE
CHIEF ERIC JONES and DAVID WELLS

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.C.F. by and through his Guardian ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; K.S.F., by and through her Guardian ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY, by and through its personal representative DENISE FRIDAY HALL,** | **No.  2:17-cv-02038-MCE-KJN**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| **Plaintiffs,** | |
| **vs.** | |
| **CITY OF STOCKTON, a municipal corporation ; STOCKTON POLICE DEPARTMENT; a public entity ; POLICE CHIEF ERIC JONES; individually and in his capacity as Chief of the Stockton Police Department; DAVID WELLS, individually and in his capacity as an Officer for the Stockton Police Department, et al.,** | |
| **Defendants.** | |

Pursuant to Fed. Rules. Civ. Proc. Rule 6(b) and Local Rule 144 (a), plaintiffs and

defendants, CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, POLICE CHIEF

ERIC JONES and DAVID WELLS, hereby stipulate that the deadline for defendants to file their

response to the Complaint for Damages filed September 29, 2017 be extended fourteen (14) days. The parties further stipulate that the new deadline for defendants to file their response to the Complaint shall be Friday, December 8, 2017.

**DATED:** November 30, 2017          **LAW OFFICES OF JOHN L. BURRIS**


By_____/s/___Lateef H. Gray_____
                                       LATEEF H. GRAY, ESQ.
                                       Attorneys for Plaintiffs


**DATED:** November 30, 2017          **MAYALL HURLEY, P.C.**


By_____/s/___Mark E. Berry_____
                                       MARK E. BERRY, ESQ.
                                       Attorneys for Defendants


## <u>ORDER</u>

The above stipulation is approved.

The deadline for defendants, CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, POLICE CHIEF ERIC JONES, and DAVID WELLS, to respond to the Complaint is extended to Friday, December 8, 2017.

IT IS SO ORDERED.

Dated:  December 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE