1  **MAYALL, HURLEY, P.C.**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091

5

6  Attorneys for Defendants,
   CITY OF STOCKTON and
   STOCKTON POLICE DEPARTMENT

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 **M.C.F., by and through his Guardian ad**       ) No.  **2:17-CV-02038-MCE-KJN**
   **Litem ELIZABETH CASAS BAUTISTA,**             )
12 **individually and as successor-in-interest to**  ) **ANSWER TO COMPLAINT**
   **Decedent COLBY FRIDAY; K.S.F., by and**        )
13 **through her Guardian ad Litem,**                ) **JURY TRIAL DEMANDED**
   **ELIZABETH CASAS BAUTISTA,**                    )
14 **individually and as successor-in-interest to**  )
   **Decedent COLBY FRIDAY; THE ESTATE**            )
15 **OF COLBY FRIDAY, by and through its**          )
   **personal representative DENISE FRIDAY**         )
16 **HALL,**                                         )
                                                     )
17                          **Plaintiffs,**           )
                                                     )
18 **vs.**                                            )
                                                     )
19 **CITY OF STOCKTON, a municipal**                )
   **corporation; STOCKTON POLICE**                 )
20 **DEPARTMENT; a public entity; POLICE**          )
   **CHIEF ERIC JONES; individually and in**        )
21 **his official capacity as Chief of the Stockton** )
   **Police Department; DAVID WELLS,**              )
22 **individually and in his capacity as an Officer** )
   **for the Stockton Police Department, et al.,**   )
23                                                    )
                         **Defendants.**              )
24 _____

25        The CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT, (herein

26 collectively referred to as "CITY") answers the plaintiffs' Complaint for damages as follows:

27        As for the allegations contained within **Paragraph 1**, they are denied.

   _____
28 Answer to Complaint
   Page 1

As for the allegations contained within **Paragraph 2**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 3**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 4**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 5**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 6**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraphs 7**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 8**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 9**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 10**, they are admitted.  The CITY OF STOCKTON is a governmental entity organized under the statutes of the State of California.

As for the allegations contained within **Paragraph 11**, they are admitted.

As for the allegations contained within **Paragraph 12**, they are admitted to the extent that ERIC JONES is and was at all times material, the Chief of Police for the CITY.

As for the allegations contained within **Paragraph 13**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 14**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 15**, the plaintiffs assert legal contentions to which no response is required.

_____
Answer to Complaint
Page 2

As for the allegations contained within **Paragraph 16**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 17**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 18**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 19**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 20**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 21**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 22**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 23**, the plaintiffs assert legal contentions to which no response is required.  To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 24**, the plaintiffs assert legal contentions to which no response is required.  To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 25**, the plaintiffs assert legal contentions to which no response is required.  To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 26**, the plaintiffs assert legal contentions to which no response is required.  To the extent the plaintiffs assert factual contentions, they are denied.

_____

As for the allegations contained within **Paragraph 27**, they are denied.  This answering defendant is a government entity, was not present at the time of these allegations, is WELLS' employer, and therefore responds to this paragraph based upon information and belief.

As for the allegations contained within **Paragraph 28**, they are denied. The decedent was not walking "on a sidewalk".  He was walking on the walkway adjacent to the storefront of the market located near the intersection of Jamestown Street and Souza Street.

As for the allegations contained within **28:11** they are admitted.

This answering defendant is a government entity, was not present at the time of these allegations, is WELLS' employer, and therefore responds to this paragraph based upon information and belief.

As for the allegations contained within **Paragraph 29**, they are denied.  This answering defendant is a government entity, was not present at the time of these allegations, is WELLS' employer, and therefore responds to this paragraph based upon information and belief.

As for the allegations contained within **Paragraph 30**, they are denied.

After observing the decedent walking on the walkway adjacent to the storefront of the market located near the intersection of Jamestown Street and Souza Street, the decedent walked into the market located near the corner of Jamestown Street and Souza Street.  WELLS followed the decedent into the store.  It was not until seeing WELLS inside the store, that the decedent ran from the inside the store with WELLS following.

As for the allegation contained within **30:15-19** they are admitted only to the extent that the decedent was shot by WELLS and died from his injuries.

This answering defendant is without personal knowledge of the underlying events and was not present at the time of these allegations.  The above response is based upon information and belief.

As for the allegations contained within **Paragraph 31**, they are denied.

As for the allegations contained within **Paragraph 32**, they are denied. WELLS was in possession of a department issued body camera and it was not activated prior to his interaction

with the decedent.  This answering defendant is a government entity, was not present at the time of these allegations, is WELLS' employer, and therefore responds to this paragraph based upon information and belief.

As for the allegations contained within **Paragraph 33**, the plaintiffs assert legal contentions to which no response is required.   To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 34**, they are denied.

As for the allegations contained within **Paragraph 34: 5-6**, they are admitted.

As for the allegations contained within **Paragraph 35**, they are denied.

As for the allegations contained within **Paragraph 36**, they are denied.

As for the allegations contained within **Paragraph 37**, they are denied.

As for the allegations contained within **Paragraph 38**, the plaintiffs assert legal contentions to which no response is required.   To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 39**, the plaintiffs assert legal contentions to which no response is required. To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 40**, the plaintiffs assert legal contentions to which no response is required. To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 41**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 42**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 43**, the plaintiffs assert legal contentions to which no response is required.

_____
Answer to Complaint
Page 5

As for the allegations contained within **Paragraph 44**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 45**, the plaintiffs assert legal contentions to which no response is required. To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 46**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 47**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 48**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 49**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 50**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 51**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 52**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 53**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 54**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 55**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 56**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 57**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 58**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 59**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 60**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 61**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 62**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 63**, they are denied.

As for the allegations contained within **Paragraph 64**, the investigation of the shooting is still underway and therefore, this defendant can neither admit or deny the content of this litigation.

As for the allegations contained within **Paragraph 65**, the plaintiffs assert legal contentions to which no response is required.  To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 66**, the plaintiffs assert legal contentions to which no response is required. To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 67**, the plaintiffs assert legal contentions to which no response is required. To the extent the plaintiffs assert factual contentions, they are denied.

///

///

_____

As for the allegations contained within **Paragraph 68**, the plaintiffs assert legal contentions to which no response is required. To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 69**, they are denied.

As for the allegations contained within **Paragraph 70**, the plaintiffs assert legal contentions to which no response is required. To the extent the plaintiffs assert factual contentions, they are denied.

As for the allegations contained within **Paragraph 71**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 72**, the plaintiffs assert legal contentions to which no response is required.

As for the allegations contained within **Paragraph 73**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 74**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 75**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 76**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 77**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 78**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 79**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 80**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 81**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 82**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 83**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 84**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 85**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 86**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 87**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 88**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 89**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

As for the allegations contained within **Paragraph 90**, this cause of action is directed to defendants other than this answering defendant and therefore, no response is required.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE - FAILURE TO MITIGATE**

That the plaintiffs, by the exercise of reasonable effort, could have mitigated reduced the amount of claimed damages; however, plaintiffs did not, and failed to exercise such reasonable efforts at mitigation, all to defendant's detriment.

///

_____

Answer to Complaint
Page 9

## **SECOND AFFIRMATIVE DEFENSE – REASONABLE FORCE**

The CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT herein assert that any force used upon the decedent was reasonable and necessary.  At no time did WELLS use more force than was reasonably necessary.  Any allegation of excessive injury or harm is denied and any force used against the decedent was reasonable and lawful and only as such to overcome the threat posed by the decedent.  CACI 1304;  Calvillo-Silva v. Home Grocery (1998) 19 Cal.4th 714.

## **THIRD AFFIRMATIVE DEFENSE – STATUTORY IMMUNITIES**

The CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT contend that the actions of WELLS and/or JONES entitles them to the defense of multiple statutory immunities, including but not limited to Government Code Section 820.2 (discretionary immunity); Government Code Section 820.4 (non-negligent execution or enforcement immunity); Penal Code Section 835(a) (self-defense immunity); Penal Code Section 836 (probable cause to arrest immunity);  Penal Code Section 836.5 (probable cause to arrest immunity); and Penal Code Section 847(b) (arrest immunity).

## **FOURTH AFFIRMATIVE DEFENSE – SELF-DEFENSE**

The CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT contend that at all times during the incident WELLS, perceived an imminent threat to his person and properly engaged in self-defense.

## **FIFTH AFFIRMATIVE DEFENSE – ASSUMPTION OF RISK**

At all times mentioned in the plaintiffs' Complaint, the decedent knew all of the conditions and circumstances of his behavior and did freely and voluntarily assume any and all risks, if any there were, and that any injuries or damages sustained by the plaintiffs were legally caused or contributed to by the decedent's assumption of these risks.

## **SIXTH AFFIRMATIVE DEFENSE – GOVERNMENT TORTS CLAIMS IMMUNITY**

The CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT contend that the plaintiffs failed to comply with Government Code Sections 901, et seq.

_____
Answer to Complaint
Page 10

WHEREFORE, the CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT hereby requests that the plaintiffs' Complaint be dismissed in its entirety, that judgment be entered in favor of the defendants, and that the defendants be awarded statutory costs and other such relief as the court deems appropriate.

## DEMAND FOR JURY TRIAL

The CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT herein demand a jury trial.


DATED:   December 8, 2017

**MAYALL, HURLEY, P.C.**


By_____s/s___Mark E. Berry_____
                    MARK E. BERRY

_____
Answer to Complaint
Page 11