**JOHN L. BURRIS, ESQ., SBN 69888**
**LATEEF H. GRAY, ESQ., SBN 250055**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Lateef.Gray@johnburrislaw.com

Attorneys for Plaintiffs
M.C.F. and K.S.F., by and through their Guardian Ad Litem
ELIZABETH CASAS BAUTISTA and THE ESTATE OF
COLBY FRIDAY by and through its personal representative
DENISE HALL

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C.F. by and through his Guardian Ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; K.S.F., by and through her Guardian Ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; THE ESTATE OF COLBY FRIDAY, by and through its personal representative DENISE FRIDAY HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; STOCKTON POLICE DEPARTMENT, a public entity; POLICE CHIEF ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; DAVID WELLS, individually and in his capacity as an Officer for the Stockton Police Department; and DOES 1-50, inclusive, individually and in their official capacities as police officers for the Stockton Police Department, | CASE NO.: 2:17-cv-02038-MCE-KJN<br><br>**M.C.F.'s PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Defendants.

Petitioner states as follows:

1. Petitioner is a 5 year old minor.

2. The minor's father is the decedent in the above-captioned lawsuit.

3. There is no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. ELIZABETH CASAS BAUTISTA, whose address is 1028 North Commerce #4, Stockton, CA 95202, is a competent and responsible person, and fully competent to act as the guardian ad litem. ELIZABETH CASAS BAUTISTA is the Mother of petitioner.

5. Said ELIZABETH CASAS BAUTISTA is willing to act as guardian ad litem for petitioner, as appears by her consent below.

WHEREFORE, petitioner moves this court for an order appointing ELIZABETH CASAS BAUTISTA as guardian ad litem of petitioner for the purpose of the present action.

Dated: 02/27/2018                 By: /s/ Lateef H. Gray
                                              Attorney for Petitioner

**CONSENT OF NOMINEE**

I, ELIZABETH CASAS BAUTISTA, the nominee of the petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: February 27, 2018

By: /s/ Elizabeth Casas Bautista

**ORDER**

The petition for an order appointing ELIZABETH CASAS BAUTISTA as guardian ad litem for petitioner is GRANTED.

DATED: February 28, 2018.

_____
UNITED STATES DISTRICT JUDGE